**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00135-MSK-STV

STEVEN MICHAEL BENETTI, an individual; MARIA BENETTI, an individual,

        Plaintiffs,

v.

MICHIGAN PULP AND PAPER TRADING, LLC, a Michigan limited liability company; KEEN CARGO, INC., a Michigan corporation; GRAPHIC PACKAGING INTERNATIONAL, INC., a Delaware corporation; STEVEN HENRY, an individual; PATRICK BAILEY, an individual,

        Defendants.

**STIPULATION OF DISMISSAL OF KEEN CARGO, MICHIGAN PULP AND PAPER TRADING, STEVEN HENRY, PATRICK BAILEY, AND GRAPHIC PACKAGING WITH PREJUDICE**

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties to this action, by and through their respective counsel, stipulate that Plaintiffs' claims against Keen Cargo, Michigan Pulp and Paper Trading, Steven Henry, Patrick Bailey, and Graphic Packaging International have been fully settled and compromised.

2.    It is further stipulated between the parties through their respective counsel that the Plaintiffs' Complaint as against Keen Cargo, Michigan Pulp and Paper Trading, Steven Henry, Patrick Bailey, and Graphic Packing be dismissed with prejudice, each party to pay their respective costs and fees incurred.

3.    The parties request that an Order of Dismissal with Prejudice be entered by the Court.

Dated: October 5, 2017              Respectfully Submitted by:

                                              /s/ *Charles H. Torres*
                                              Charles H. Torres, Colo. Atty. Reg. #7986
                                              Charles H. Torres, P.C.
                                              1888 Sherman Street, Suite 630
                                            Denver, CO 80203
                                             Phone: (303) 830-8885
                                             Fax:     (303) 830-8890
                                             E-mail: chas303@aol.com
                                             *Attorney for Plaintiffs*

                                              */s/ Laura T. Schneider*
                                             Laura Trask Schneider, Atty. Reg. #23420
                                             Pearl Schneider, LLC
                                             999 Eighteenth Street
                                             South Tower, Suite 1850
                                             Denver, CO 80202
                                             P: (303) 515-6800
                                             F: (303) 515-6850
                                             E-mail: lschneider@pearlschneider.com
                                             *Attorney for Michigan Pulp*

                                              */s/ Teri L. Vasquez*
                                             Teri L. Vasquez, Atty. Reg. #29313
                                             Bayer & Carey, P.C.
                                             1660 Downing Street
                                             Denver, CO 80218
                                             P: (303) 830-8911
                                             F: (303) 830-8917
                                             E-mail: tvasquez@bayerlaw.com
                                             *Attorney for Keen Cargo*

                                              */s/ Paul T. Yarbrough*
                                             Paul T. Yarbrough, Atty. Reg. #48518
                                             Hall & Evans, LLC
                                             1001 Seventeenth Street, Suite 300
                                             Denver, CO 80202
                                             P: (303) 628-3300
                                             F: (303) 628-3368
                                             E-mail: yarbroughp@hallevans.com
                                             *Attorney for Graphic Packaging*

/s/ Michael A. Watts
Michael A. Watts, Atty. Reg. #41375
Retherford, Mullen & Moore, LLC
2925 Professional Place, Suite 202
Colorado Springs, CO 80904
P: (719) 884-2845
F: 719-884-2845
E-mail: mwatts@rmmattys.com
*Attorney for Steven Henry*

/s/ Brian D. Kennedy
Franklin D. Patterson, Atty. Reg. #12058
Brian D. Kennedy, Atty. Reg. #33023
Patterson & Salg, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
P: (303) 741-4539
F: (303) 741-5043
E-mail: fpatterson@pattersonsalg.com
          bkennedy@pattersonsalg.com
*Attorneys for Patrick Bailey*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys via e-mail:

Laura Trask Schneider, Colo. Atty. Reg #23420
Pearl Schneider, LLC
999 Eighteenth Street
South Tower, Suite 1850
Denver, CO 80202
P: (303) 515-6800
F: (303) 515-6850
E-mail: lschneider@pearlschneider.com
*Attorney for Michigan Pulp*

Teri L. Vasquez, Colo. Atty. Reg. #29313
Bayer & Carey, P.C.
1660 Downing Street
Denver, CO 80218
P: (303) 830-8911

3

F: (303) 830-8917
E-mail: tvasquez@bayerlaw.com
*Attorney for Keen Cargo*

Paul T. Yarbrough, Colo. Atty. Reg. #48518
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
P: (303) 628-3300
F: (303) 628-3368
E-mail: yarbroughp@hallevans.com
*Attorney for Graphic Packaging*

Michael A. Watts, Colo. Atty. Reg. #41375
Retherford, Mullen & Moore, LLC
2925 Professional Place, Suite 202
Colorado Springs, CO 80904
P: (719) 884-2845
F: 719-884-2845
E-mail: mwatts@rmmattys.com
*Attorney for Steven Henry*

Franklin D. Patterson, Colo. Atty. Reg. #12058
Brian D. Kennedy, Colo. Atty. Reg. #33023
Patterson & Salg, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
P: (303) 741-4539
F: (303) 741-5043
E-mail: fpatterson@pattersonsalg.com
*Attorney for Patrick Bailey*

By:

*/s/ Michael A. Shumrick*
Michael A. Shumrick

4